

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00100-CR

Edgar Javier **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2321-CR
William Old, Judge Presiding

## O R D E R

"Appellant's Motion for Access to Sealed Volume 9A of Reporter's Record" is GRANTED. Appellant is represented on appeal by Mr. Gregory Sherwood. Mr. Sherwood is directed to contact the Clerk of this court to make arrangements to review the sealed record at the court.

If appellee desires to access Sealed Volume 9A of the Reporter's Record at a later date, appellee also must contact the Clerk of this court to make the necessary arrangements.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court